# United States District Court

WESTERN  DISTRICT OF  NEW YORK

| UNITED STATES OF AMERICA | WARRANT FOR ARREST |
|---|---|
| v. | |
| ELVIS BERRIOS | CASE NUMBER: 06-M- 557 |

06-150-M-01

To: The United States Marshal
and any Authorized United States Officer

**FILED**

YOU ARE HEREBY COMMANDED to arrest   Elvis Berrios
                                       Name

and bring him forthwith to the nearest magistrate judge to answer a

( ) Indictment  ( ) Information  (X) Complaint  ( ) Order of Court  ( ) Violation Notice  ( ) Probation Violation Petition

MAR 2 9 2006

NANCY MAYER WHITTINGTON, CLERK
U.S. DISTRICT COURT

charging that he knowingly: a) produced and used, with intent to defraud, one or more counterfeit access device, in violation of 18 U.S.C. § 1029(a)(1); b) conspired to commit a violation of 18 U.S.C. § 1028(a)(7) and § 1029(a)(1), in violation of 18 U.S.C. § 371; c) wire fraud in violation of 18 U.S.C. § 1343; and d) wire fraud in violation of 18 U.S.C. § 1343.

Hon. Jonathan W. Feldman                          United States Magistrate Judge
Name of Issuing Officer                            Title of Issuing Officer

[signature]                                        March 23, 2006, Rochester, NY
Signature of Issuing Officer                       Date and Location

Bail fixed at $ _____    by _____
                                       Name of Judicial Officer

| RETURN | | |
|---|---|---|
| This warrant was received and executed with the arrest of the above-named defendant at DC District Ct. 333 Const. Ave, N., Wash, DC | | |
| DATE RECEIVED 3/29/06 | NAME AND TITLE OF ARRESTING OFFICER Reporting D Walker DUSM | SIGNATURE OF ARRESTING OFFICER Reporting [signature] |
| DATE OF ARREST 3/29/06 | | |

AO 442 (Rev. 5/93) Warrant for Arrest