# United States District Court

WESTERN ___ DISTRICT OF ___ NEW YORK

UNITED STATES OF AMERICA
v.
ELVIS BERRIOS

CRIMINAL COMPLAINT

CASE NUMBER: 06-M- *557*

06 - 150 - M - 01

I, the undersigned complainant being duly sworn state the following is true and correct to the best of my knowledge and belief.

From in or about August 2005 through March 10, 2006, the defendant knowingly: a) produced and used, with intent to defraud, one or more counterfeit access device, in violation of 18 U.S.C. § 1029(a)(1); b) conspired to commit a violation of 18 U.S.C. § 1028(a)(7) and § 1029(a)(1), in violation of 18 U.S.C. § 371; c) wire fraud in violation of 18 U.S.C. § 1343; and d) mail fraud in violation of 18 U.S.C. § 1341.

I further state that I am a Special Agent with the Secret Service and that this complaint is based on the following facts:

SEE ATTACHED AFFIDAVIT

**FILED**

Continued on the attached sheet and made a part hereof:    ( ✔ ) Yes    ( ) No

MAR 2 9 2006

NANCY MAYER WHITTINGTON, CLERK
U.S. DISTRICT COURT

MICHAEL K. BURGIN, Special Agent, Secret Service
Signature of Complainant

Sworn to before me and subscribed in my presence,

March 23, 2006
Date

at    Rochester, New York
City and State

HON. JONATHAN W. FELDMAN, USMJ
Name & Title of Judicial Officer

Signature of Judicial Officer