Case No. _06- 150M_

**UNITED STATES DISTRICT COURT**
**FOR THE DISTRICT OF COLUMBIA**

United States of America

v.

_Elvis Berrios_

Defendant's name      Defendant's address      Defendant's phone no.

## YOU ARE RELEASED ON THE FOLLOWING ADDITIONAL CONDITIONS INDICATED BELOW:

**PERSONAL PROMISE** [X]

**PERSONAL RECOGNIZANCE.** Your personal recognizance, provided that you promise to appear at all scheduled hearings, trials, or otherwise as required by the Court.

[ ] **UNSECURED APPEARANCE BOND.** Your personal unsecured appearance bond, to be forfeited should you fail to appear as required by the Court.

— OF — [ ] **CASH BOND.** Upon execution of appearance bond, to be forfeited should you fail to appear as required by the Court, secured by a deposit, such deposit to be returned when the Court determines you have performed the conditions of your release. You will deposit in the registry of the Court_____%.

[ ] **SURETY BOND.** Upon execution of appearance bond with approved surety.

## YOU ARE HEREBY RELEASED ON THE CONDITIONS INDICATED BELOW:

[ ] **1) SUPERVISORY CUSTODY**
You hereby agree to be placed in the custody of _____
who agrees (a), to supervise you in accordance with the conditions below, (b), to use every effort to assure your appearance at all scheduled hearings, trials, or otherwise, and (c), to notify the D.C. Pretrial Services Agency immediately in the event you violate any condition of release or disappear. Agency telephone 442-1000

Custodian's name

Custodian's address

SIGNATURE OF CUSTODIAN      Custodian's phone no.

[X] **2) YOU ARE TO REPORT**
[X] _monday_ weekly [ ] other-specify   [ ] in person [X] by phone **TO** [ ] THE D.C. PRETRIAL SERVICES AGENCY AT 442-1000.
[ ] Your attorney, whose name and address is shown below.

[X] **3) YOU ARE TO LIVE**
[X] at _above address_    phone no. ____
   address
[ ] with ____ name and relationship to defendant    phone no.
[ ] at ____ address   phone no.    being in at night by ____ P.M. time

[ ] **4a) YOU ARE TO WORK**
[ ] by obtaining a job within____days and reporting it to the D.C. Pretrial Services Agency at 442-1000.
[ ] by maintaining your job as ____ Employer's name and address

[ ] **4b) YOU ARE TO STUDY**
[ ] by enrolling in school at ____ name and address
[ ] by maintaining your student status at ____ name and address

[X] **5) YOU ARE TO STAY**
[ ] away from the complaining witness.   ([X] _unless going to Rochester, NY_) Within the D.C. area.

[ ] **6) NARCOTICS**

[X] **7) OTHER CONDITION** _Surrender passport to PSA._

[X] **8) REARREST** Any rearrest on probable cause for any subsequent offense may result in revoking your present bond and setting it at _HWOB_

You are instructed that any violation of a condition of release may result in revocation of release, pretrial detention or contempt. If you willfully fail to appear as required, you will be subject to prosecution and if convicted, the maximum penalties are indicated on the reverse side. Furthermore, your release is subject to the terms and conditions contained on the reverse side which are incorporated in and made a part of this order, which by your signature below you certify you have read and understand.

**NEXT DUE BACK** in Courtroom _7_ at _1:45_ [ ] AM [ ] PM on _5/4/06_ or when notified and you must appear at all subsequent continued dates. You must also appear

**YOUR ATTORNEY** ____ name
____ address    phone no.

**DEFENDANT'S SIGNATURE ▶** _Elvis Berrios_

I understand the penalties which may be imposed on me for willful failure to appear or for violation of any condition of release and agree to comply with the conditions of my release and to appear as required.

**WITNESSED BY** _VAW_ (title and agency) _DCPSA_

**IMPORTANT:** YOU ARE TO NOTIFY IMMEDIATELY THE D.C. PRETRIAL SERVICES AGENCY, 500 INDIANA AVE., N.W., FIRST FLOOR, TELEPHONE NUMBER 442-1000, OF ANY CHANGE OF ADDRESS, EMPLOYMENT, OR CHANGE IN STATUS OF ANY RELEASE CONDITIONS.

WHITE—TO COURT PAPERS
BLUE—TO JUDGE
GREEN—TO D.C. PRETRIAL SERVICES AGENCY
CANARY—TO DEFENSE ATTORNEY
PINK—TO U.S. ATTORNEY
GOLDENROD—TO DEFENDANT

Date _4/18/06_

**SO ORDERED**

▶ ____
Signature of Judge